In the Matter of the Claim of MIKE KSIUK, Respondent, against PENN SILK MILLS INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there being no evidence to sustain the finding as to permanent defect in the wrist, and it appearing that there was not a total loss or loss of use of two or more digits (Workmen's Comp. Law, § 15, subd. 3, ¶ q), the award for thirty-five per cent for loss of use of hand was erroneous and should have been confined exclusively to the fingers. (*Matter of Rounds* v. *Davis Furniture Co.*, 250 N. Y. 405.) All concur, except Hill and McNamee, JJ., who dissent and vote to affirm upon the ground that the evidence sustains the finding that there was a hand injury.

In the Matter of the Claim of HELEN J. LONG, Respondent, against MERRITT ENGINEERING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRANK INGELFINGER, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., dissents on the authority of *Matter of Eldridge* v. *Endicott-Johnson & Co.* (228 N. Y. 21).

In the Matter of the Claim of IDA MILLER, Respondent, against A. W. HALE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of PHILIP MOSCON, Respondent, against MARTIN THOMFORD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of BERTHA ROBLEE, Respondent, against NEW YORK TELEPHONE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.